UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA FONTANELLI, as Next Friend of JUAN MARTIN BERNAL GARCIA,<br><br>                       Petitioner,<br><br>           -against-<br><br>LADEON FRANCIS, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement, PAUL ARTETA, in his official capacity as Director of the Orange County Correctional Facility, ANNA C. LITTLE, in her official capacity as Acting Chief Immigration Judge, Executive Office of Immigration Review, SIRCE E. OWEN, in his official capacity as Acting Director, Executive Office of Immigration Review, PAMELA BONDI, in her official capacity as U.S. Attorney General, KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, and TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement,<br><br>                       Respondents. | Case No. 1:25-cv-07715 (JLR)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

JENNIFER L. ROCHON, United States District Judge:

       The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

       The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that an Order to Show Cause was issued on September 17, 2025.

Dated: September 17, 2025
       New York, New York                                       SO ORDERED.

                                                            *Jennifer Rochon*
                                                           JENNIFER L. ROCHON
                                                           United States District Judge