UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA FONTANELLI, as Next Friend of JUAN MARTIN BERNAL GARCIA, <br><br>                            Petitioner, <br><br> -against- <br><br> LADEON FRANCIS, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement, PAUL ARTETA, in his official capacity as Director of the Orange County Correctional Facility, ANNA C. LITTLE, in her official capacity as Acting Chief Immigration Judge, Executive Office of Immigration Review, SIRCE E. OWEN, in his official capacity as Acting Director, Executive Office of Immigration Review, PAMELA BONDI, in her official capacity as U.S. Attorney General, KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, and TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, <br><br>                            Respondents. | Case No. 1:25-cv-07715 (JLR) <br><br> **ORDER GRANTING PRO BONO COUNSEL** |

JENNIFER L. ROCHON, United States District Judge:

      WHEREAS Juan Martin Bernal Garcia filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on September 16, 2025, through his next friend Elisa Fontanelli while Petitioner was present in the Southern District of New York;

      WHEREAS the Court issued an Order to Show Cause on September 17, 2025, and a hearing is scheduled for September 29, 2025;

      WHEREAS Petitioner's reply to the Government's opposition to the petition is due on September 26, 2025;

WHEREAS the Government represented on September 21, 2025, that Petitioner has been transferred to the Port Isabel Service Processing Center in Texas and is soon to be moved to the Florence Service Processing Center in Florence, Arizona, Dkt. 10;

WHEREAS the Court has considered the factors set forth in *Hodge v. Police Officers*, 802 F.2d 58, 61-62 (2d Cir. 1986) in deciding whether to seek *pro bono* counsel for Petitioner;

WHEREAS the *Hodge* factors include: "(1) whether the party's claim has substantial merit; (2) whether the nature of the factual issues requires an investigation, and whether the party's ability to investigate is inhibited; (3) whether the claim's factual issues turn on credibility, which benefits from the skills of those trained in presentation of evidence and cross-examination; (4) the party's overall ability to present its case; and (5) whether the legal issues presented are complex." *Garcia v. USICE (Dept. of Homeland Sec.)*, 669 F.3d 91, 98-99 (2d Cir. 2011);

WHEREAS the Court finds that the *Hodge* factors weigh in favor of seeking *pro bono* counsel to Petitioner.  In particular, the location of Petitioner's detention, both currently and at the time the petition was filed, presents complex jurisdictional and other legal questions. Moreover, Petitioner's abilities to present his case and conduct any related fact investigation are significantly limited due to his incarceration and the emergency nature of his habeas petition. Thus, in this case, representation would "lead to a quicker and more just result by sharpening the issues[.]" *Hodge*, 802 F.2d at 61;

IT IS HEREBY ORDERED THAT the Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Petitioner in this case.  It should be noted that the Court does not have the authority to "appoint" counsel, but instead, may only "request" that an attorney volunteer to represent a litigant *pro bono*. *Mallard v. U.S. Dist. Court for the S. Dist. of Iowa*, 490 U.S. 296,

301–310 (1989).  If an attorney volunteers, the attorney will contact Petitioner, or his next friend, directly;

IT IS FURTHER ORDERED if Petitioner has already successfully secured counsel on his own, or otherwise does not wish the Court to seek volunteers for *pro bono* counsel, he must inform the Court by September 23, 2025; and

IT IS FURTHER ORDERED that the Clerk of the Court is directed to immediately e-mail a copy of this Order to the Petitioner in care of his next friend, Elisa Fontanelli, at eli.fontanelli@gmail.com.

Dated: September 22, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge