UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA FONTANELLI, as Next Friend of JUAN MARTIN BERNAL GARCIA,<br><br>      Petitioner,<br><br>     -against-<br><br>LADEON FRANCIS, New York Field Office Director for U.S. Immigration and Customs Enforcement; PAUL ARTETA, Director of the Orange County Correctional Facility; ANNA C. LITTLE, Acting Chief Immigration Judge, Executive Office of Immigration Review; SIRCE E. OWEN, Acting Director, Executive Office of Immigration Review; PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary of Homeland Security, and TODD M. LYONS; Acting Director, U.S. Immigration and Customs Enforcement,<br><br>      Respondents. | Case No. 1:25-cv-07715 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of letters from Petitioner's anticipated *pro bono* counsel, New York Legal Assistance Group, and Petitioner's next friend, Elisa Fontanelli, *see* Dkts. 13, 15, that express that they have been unable to locate Petitioner despite diligent efforts. Ms. Fontanelli also requests that Petitioner be returned to the Southern District of New York pending adjudication of the present Petition.

  IT IS HEREBY ORDERED that the Government shall inform the Court by **5:00 p.m. on September 24, 2025,** where Petitioner is located and provide direct contact information for him. The Government shall also respond to Ms. Fontanelli's request that Petitioner be returned to the Southern District of New York to adjudicate the present habeas Petition. The Government shall serve its response to this Order on Ms. Fontanelli immediately by email.

The Clerk of Court is respectfully requested to email a copy of this Order to Ms. Fontanelli at eli.fontanelli@gmail.com.

Dated: September 24, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge